UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | JUDGMENT OF FORFEITURE |
| - v - | : | 25 Civ. 1813 (JPO) |
| ONE LATE 12TH/EARLY 13TH CENTURY BRONZE FIGURE OF KALIYA-KRISHNA WITH GREEN PATINA KHMER, BAYON PERIOD, WITH A HEIGHT OF 10 1/2 INCHES; | : | |
| ONE 12TH CENTURY STANDING SHIVA BRONZE WITH GREEN PATINA STATUE WITH A HEIGHT OF 15 INCHES, KHMER, ANKGOR PERIOD; | : | |
| ONE 6TH CENTURY BRONZE BUDDHA WITH GREEN PATINA, CAMBODIA ANKGOR BOREI PERIOD, WITH A HEIGHT OF 12.5 INCHES; | : | |
| ONE HEAD OF A WOMAN WITH BASE STATUE; AND | : | |
| $1,213,516.40 IN UNITED STATES CURRENCY, | : | |
| Defendants-*in-rem*. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about March 4, 2025, the United States of America (the "Government") commenced an *in-rem* forfeiture action seeking the forfeiture of the Defendants-*in-rem*, by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleges that the Defendants-*in-rem* are subject to forfeiture pursuant to (i) Title 18, United States Code, Section 542 because there is probable cause to believe that the Defendants-*in-rem* are merchandise which have been brought into the United States by means of fraudulent

2

and false information contrary to law; (ii) Title 18, United States Code, Section 545 because there is probable cause to believe that the Defendants-*in-rem* are merchandise which has knowingly been brought into the United States contrary to law; (iii) Title 18, United States Code, Section 2314 because there is probable cause to believe that the Defendants-*in-rem* are merchandise which have knowingly been been stolen, converted or taken by fraud and brought into the United States contrary to law; (iv) Title 18, United States Code, Section 2315 because there is probable cause to believe that the Defendants-*in-rem* are merchandise which have knowingly and unlawfully been converted, or brought into the United States contrary to law; (v) Title 19, United States Code, Section 1595a(c) because there is probable cause to believe that the Defendants-*in-rem* are stolen property introduced into the United States contrary to law; and (vi) Title 18, United States Code, Section 981(a)(1)(C) because there is probable cause to believe that the Defendants-*in-rem* are property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 2314;

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on March 19, 2025, and continuing through April 17, 2025, and proof of such publication was filed with the Clerk of this Court on May 27, 2025 (D.E. 6);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, pursuant to the Non-Prosecution Agreement (the "NPA") entered between Individual-1 and the United States Attorney's Office for the Southern District of New York, Individual-1 agreed not file a claim or otherwise contest the civil forfeiture of the Defendants-*in-rem,* not to assist a third party in asserting any such claim, and waived all rights to service or notice of the Civil Forfeiture Complaint;

WHEREAS, Individual-1 is the only individual and/or entity known to the Government to have a potential interest in the Defendants-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants-in-rem and the same hereby are, forfeited to the plaintiff United States of America.

2. The United States Customs and Border Protection (or its designee) shall dispose of the Defendants-*in-rem* according to law.

The Clerk of Court is directed to close the motion at Docket Number 7 and to terminate this case.

May 30, 2025

Dated: New York, New York

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

4